IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 2:05-CR-121-DAE-RJJ-11 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LORI A. KAHRE, aka Donna Hall, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION TO EXTEND TIME TO SELF-SURRENDER

On February 19, 2014, the Court ordered Defendant Lori Kahre ("Defendant") to self-surrender at an institution designated by the Bureau of Prisons on May 19, 2014 at 12:00 noon.  On May 14, 2014, Defendant Lori Kahre filed the instant unopposed Motion to Extend Date to Report to Federal Bureau of Prisons to June 16, 2104, averring that as of May 14, 2014, the Bureau of Prisons had not yet designated her institution to serve her sentence.  (Dkt. # 2867.)

Finding good cause for additional time, the Court **GRANTS** Defendant's Motion and **ORDERS** Defendant to self-surrender for service of sentence on **June 16, 2014** before **12:00 noon** to the institution designated by the Federal Bureau of Prisons.  The Court also reaffirms its prior judicial recommendation for Dublin, California.

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, May 15, 2014.

_____
David Alan Ezra
Senior United States Distict Judge